FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2022

No. 04-21-00511-CV

**IN RE DANNY HERMAN TRUCKING, INC.**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Irene Rios, Justice

Relator filed its original petition for writ of mandamus on November 16, 2021. On April 7, 2022, relator filed a letter with this court informing the court that a settlement had been reached between the parties and a motion to dismiss would be forthcoming. Relator requested thirty days to finalize the parties' settlement agreement prior to filing a motion to dismiss this original proceeding. The requested period of thirty days has expired, and the relator has not filed a motion to dismiss.

We **ORDER** relator to file an advisory to this court, **no later than June 10, 2022,** informing this court of the status of this case. If relator does not file an advisory to this court by **June 10, 2022,** this proceeding will be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

It is so **ORDERED** on May 31, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2021-CI-13372, styled *Maria Itzel Mendoza, et al v. Danny Herman Trucking, Inc. et al*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Aaron Haas presiding.